```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RITA BOSWORTH
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant BELL
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-09-408 CRB
                                     )
12              Plaintiff,           )  STIPULATION AND [PROPOSED]
                                     )  ORDER TO CONTINUE HEARING
13  v.                               )
                                     )  CURRENT HEARING DATE: August 5,
14  DONNIE BELL                      )  2009, at 2:15 p.m.
                                     )
15              Defendant.           )  PROPOSED HEARING DATE: August 19,
                                     )  2009, at 2:15 p.m.
16  _____)
```

17       1.      On June 10, 2009, Mr. Bell appeared before this Court for his initial appearance. At that time, the parties requested additional time to review discovery and work toward resolving the case. A subsequent hearing was set for August 5, 2009.

      2.      Since the last court date, both counsel for the defense and counsel for the government have learned that they will not be able to be present in Court on August 5, 2009.

      3.      In order to ensure that the Court can be meaningfully informed about the progress of the case by both counsel at the next status hearing, the parties respectfully request that the Court continue the hearing to August 19, 2009, at 2:15 p.m., which is the next date that both parties and the Court are available.

4. Mr. Bell agrees that it is appropriate to exclude time from the speedy trial clock until August 19, 2009, for the purpose of continuity of counsel.

IT IS SO STIPULATED.

7/23/09                                                                    /s/
_____                      _____
DATED                                                RITA BOSWORTH
                                                              Assistant Federal Public Defender


7/23/09                                                                    /s/
_____                      _____
DATED                                                WILLIAM FRENTZEN
                                                              Assistant United States Attorney


IT IS SO ORDERED.

JUL 3 0 2009
_____                      _____
DATED                                                CHARLES R. BREYER
                                                              United States District Judge

Stip. & [Proposed] Order to Continue Hearing;
U.S. v. Bell, CR 00-408 CRB                            2